IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIFTH THIRD BANK | ) |
| | ) |
| | ) Case No. 3:11-0381 |
| v. | ) JUDGE SHARP |
| | ) |
| RONALD A. CREAGER, et al., | ) |

## **O R D E R**

Pursuant to the Notice of Dismissal without Prejudice (Docket Entry No. 11) filed by the plaintiff, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE